Approved by: _____      ORIGINAL
               KRISTEN DORFMAN
               Special Assistant United States Attorney

Before:     THE HONORABLE MARTIN R. GOLDBERG
            United States Magistrate Judge
            Southern District of New York     22MAG869

- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA               :     MISDEMEANOR
                                           COMPLAINT
                                           :
           -v-                                 Violation of
                                           :
                                              NYVTL 511(1)(a)
       GARY MORSE                         :     NYPL 140.10(a)
                                           :     COUNTY OF OFFENSE:
       Defendant                             ORANGE
- - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

       BRYAN KNAUFF, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE

       On or about November 13, 2021, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, GARY MORSE, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle on Thayer Road and an investigation revealed that the defendant's state driver's license had been suspended for failure to pay New York State taxes.

       (New York Vehicle and Traffic Law, Section 511(1)(a))

### COUNT TWO

       On or about November 13, 2021, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States,

in the Southern District of New York, GARY MORSE, the defendant, unlawfully, knowingly and willfully entered a real property which is fenced and otherwise enclosed in a manner designed to exclude intruders to wit, the defendant drove through the Thayer Gate check point without stopping or showing any identification.

(New York Penal Law, Section 140.10(a))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about November 13, 2021 at approximately 3:30 p.m., MP Officer, SPC Justin Fonyi, was directed to be on the look out for a black in color Audi with New York license plate that had just gone through Thayer Gate without rendering any identification. SPC Fonyi spotted the vehicle on Thayer Road just past the Thayer checkpoint and stopped the vehicle. The defendant was identified as the driver and check on his driver's license revealed that it was suspended on January 7, 2020 for failure to pay New York State taxes.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license suspended or revoked (DCVN number E1488627/SY10) and was released on his own recognizance.

**WHEREFORE**, deponent prays that the above defendant be imprisoned or bailed, as the case may be.

BRYAN KNAUFF
Court Liaison

Sworn to before me this
27th day of January, 2022

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York